PAGE NICOLE LOTT
125 CIRCLE DR
SUMRALL, MS 39482

KIA MOTORS FINANCE
ATTN: BANKRUPTCY
PO BOX 20825
FOUNTAIN VALLEY, CA 92728

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

KIKOFF
ATTN: BANKRUPTCY
75 BROADWAY  SUITE 226
SAN FRANSICO, CA 94111

BMG MONEY
ATTN: BANKRUPTCY
444 BRICKELL AVE S
STE 250
MIAMI, FL 33131

PERPAY INC
ATTN: BANKRUPTCY
2400 MARKET ST STE 300
PHILADELPHIA, PA 19103

CHIMEFINAL
ATTN: BANKRUPTCY
PO BOX 417
SAN FRANCISCO, CA 94104

PERSONAL FINANCE
1835 HARDY ST
HATTIESBURG, MS 39401

COLONIAL AUTO
ATTN: BANKRUPTCY
1805 N 2ND ST STE 401
ROGERS, AR 72756

RANDY LOFTON
135 CHESTER RD
MAGEE, MS 39111

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

SMILES AHEAD ORTHODONT
 7117 US-98
SUITE 10
HATTIESBURG, MS 39401

CREDIT NINJA
27 N WACKER DR
#404
CHICAGO, IL 60606

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

CREDIT ONE
PO BOX 98872
LAS VEGAS, NV 89193

TRIAD FINANCIAL
ATTN: BANKRUPTCY
13901 SUTTON PARK DR S
STE 300
JACKSONILLE, FL 32224

HATTIESBURG CLINIC
415 SOUTH 28TH AVE
HATTIESBURG, MS 39401

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101