Certificate Number: 14424-MSS-DE-041100229

Bankruptcy Case Number: 26-50916



14424-MSS-DE-041100229

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 15, 2026, at 11:07 o'clock PM EDT, Page N Lott completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  June 16, 2026

By:  /s/Mabelyn  Ramirez

Name:  Mabelyn  Ramirez

Title:  Instructor