# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50916          **Case Name:** Page Nicole Lott

**Set:** 08/11/2026 01:30 pm   **Chapter:** 13   **Type:** bk     **Judge** Katharine M. Samson

**matter** Confirmation Hearing

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) No objections filed. Confirmation hearing removed. (mcc)