United States Bankruptcy Court
Southern District of Mississippi

In re: Page Nicole Lott, Debtor

Case No. 26-50916-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 2
Date Rcvd: Sep 09, 2026 | Form ID: n032 | Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Page Nicole Lott, 125 Circle Dr, Sumrall, MS 39482-4361 |
| 5681600 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 5681604 | | Randy Lofton, 135 Chester Rd, Magee, MS 39111 |
| 5681605 | | Smiles Ahead Orthodont, 7117 US-98, Suite 10, Hattiesburg, MS 39401 |
| 5708480 | + | Triad Titling LTD, Triad Financial Services, Inc., 13901 Sutton Park Dr., South Suite 300, Jacksonville, FL 32224-0230 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5681593 | + | Email/Text: bankruptcy@bmgmoney.com | Sep 09 2026 20:00:00 | BMG Money, Attn: Bankruptcy, 444 Brickell Ave S, Ste 250, Miami, FL 33131-2404 |
| 5681597 | | Email/Text: bankruptcy_filings@creditninja.com | Sep 09 2026 20:00:00 | Credit Ninja, 27 N Wacker Dr, #404, Chicago, IL 60606 |
| 5681594 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 09 2026 20:00:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 5681595 | + | Email/Text: bankruptcy@car-mart.com | Sep 09 2026 19:59:00 | Colonial Auto, Attn: Bankruptcy, 1805 N 2nd St Ste 401, Rogers, AR 72756-2423 |
| 5681596 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2026 20:00:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5681598 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 09 2026 20:02:46 | Credit One, PO Box 98872, Las Vegas, NV 89193-8872 |
| 5681599 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Sep 09 2026 20:00:00 | Hattiesburg Clinic, 415 South 28th Ave, Hattiesburg, MS 39401-7283 |
| 5702257 | ^ | MEBN | Sep 09 2026 19:56:03 | Hyundai Capital America DBA Kia Finance America, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 5685471 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 09 2026 20:00:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5681601 | + | Email/Text: bankruptcy@kikoff.com | Sep 09 2026 19:59:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5681602 | | Email/Text: bankruptcy@perpay.com | Sep 09 2026 19:59:00 | Perpay Inc, Attn: Bankruptcy, 2400 Market St Ste 300, Philadelphia, PA 19103 |
| 5681603 | + | Email/Text: stephenbinning@ymail.com | Sep 09 2026 20:00:00 | Personal Finance, 1835 Hardy St, Hattiesburg, MS 39401-4914 |
| 5685809 | | Email/Text: bnc-quantum@quantum3group.com | Sep 09 2026 20:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5694392 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | |
|---|---|---|---|
| | | Sep 09 2026 20:00:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5681606 | + Email/Text: Tracey@sra-inc.net | Sep 09 2026 20:00:00 | Smith, Rouchon, Sra, 1456 Ellis Ave, Jackson, MS 39204-2204 |
| 5681607 | ^ MEBN | Sep 09 2026 19:55:30 | Triad Financial, Attn: Bankruptcy, 13901 Sutton Park Dr S, Ste 300, Jacksonille, FL 32224-0230 |
| 5703252 | + Email/PDF: ebn_ais@aisinfo.com | Sep 09 2026 20:02:51 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5681608 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 09 2026 19:59:00 | Verizon Wireless, P.O.Box 408, Newark, NJ 07101-0408 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Page Nicole Lott trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

**Case No.:** 26−50916−KMS
**Chapter:** 13

**In re:**

Page Nicole Lott
125 Circle Dr
Sumrall, MS 39482

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 9/9/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 9, 2026

Danny L. Miller, Clerk of Court