UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PAGE NICOLE LOTT

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50916 KMS

DAVID RAWLINGS, TRUSTEE

# OBJECTION TO UNSECURED CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Objection to the following Unsecured Claim:

AMERICA'S CAR-MART INC
1805 N 2ND ST SUITE 401
ROGERS, AR 72756

Court Claim No. 9

Amount of Claim: $12,700.39

Trustee objects to the allowance of said Claim for the reason(s):

the claim was not timely filed

*/s/ David Rawlings*

David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PAGE NICOLE LOTT

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50916 KMS

DAVID RAWLINGS, TRUSTEE

**NOTICE OF OBJECTION TO CLAIM**

**You are hereby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time and place of the hearing thereon.

Dated: September 30, 2026

*/s/ David Rawlings*

David Rawlings, Trustee
DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PAGE NICOLE LOTT

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50916 KMS

DAVID RAWLINGS, TRUSTEE

**CERTIFICATE OF SERVICE**

I, David Rawlings, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of OBJECTION TO CLAIM (AMERICA'S CAR-MART INC (Claim #9)) and Notice of Objection to Claim to the below parties.

Notice Provided via First Class U.S. Mail:

PAGE NICOLE LOTT
125 Circle Dr
Sumrall, MS 39482

AMERICA'S CAR-MART INC
1805 N 2ND ST SUITE 401
ROGERS, AR 72756

COLONIAL AUTO FINANCE
attn: Bankruptcy
1805 N 2ND ST STE 401
ROGERS, AR 72756

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 30th day of September, 2026.

*/s/ David Rawlings*
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net