**Fill in this information to identify the case:**

Debtor 1 Page Nicole Lott

Debtor 2

United States Bankruptcy Court for the: Southern District of Mississippi

Case number : 26-50916-KMS

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** **Triad Titling LTD**

**Court claim no.** (if known): **8**

**Last 4 digits** of any number you use to identify the debtor's account: **0803**

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice.

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | Amount |
|---|---|---|
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 08/12/2026 | $200.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | 08/19/2026 | $150.00 |
| Other. Specify: 410A Fee | 08/12/2026 | $150.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Page Nicole Lott ________ Case Number: 26-50916-KMS

First Name Middle Name Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Lauren F. Weber Date 10/29/2026

Signature

Print: Lauren F. Weber Title Authorized Agent for Creditor

Company Padgett Law Group

Address 6267 Old Water Oak Road, Suite 203

Tallahassee FL, 32312

Contact phone (850) 422-2520 Email PLGinquiries@padgettlawgroup.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT DIVISION**

**In Re;**

| | |
|---|---|
| **Page Nicole Lott** | **Case No.: 26-50916-KMS** |
| **Debtor(s)** | **Chapter: 13** |

**CERTIFICATE OF SERVICE**

I, hereby certify that on 11/03/2026, a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

**Service by U.S. First Class Mail**

**Debtor**
Page Nicole Lott
125 Circle Dr
Sumrall, MS 39482

**By Electronic Mail**
**Attorney for Debtor**
Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee**
David Rawlings
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

**US Trustee**
United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

/s/ Lauren F. Weber

| Invoice Date |
|---|
| 08/12/2026 |

PADGETT LAW GROUP
High-touch services for America's mortgage industry

| Invoice Number |
|---|
| [redacted] |

6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
850-422-2520 / 850-422-2567 fax / accounting@padgettlawgroup.com

Triad Financial Services, Inc.
c/o Scott Campbell
13901 Sutton Park Drive South
Suite 300
Jacksonville, FL 32224

RE: Triad Financial Services, Inc. Loan# [redacted]
vs. Page Nicole Lott
OURFILE [redacted]

Property Address: 125 Circle Drive Sumrall, MS 39482

Submitted via email to
attorneyinvoices@triadfs.com

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 08/12/2026 | Loan Payment History (410 A) Recoverable | $325.00 |
| 08/12/2026 | Proof of Claim Preparation Fee (Recoverable) | $612.50 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $937.50 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Costs This Invoice | $0.00 |
| Total Amount Due This Invoice | $937.50 |

The recoverability designation is only as to the borrower and does not contemplate reimbursement from an investor or third party. The loan documents as provided by client, state statutes, bankruptcy local rules, and confirmed plan, if applicable, may be used to designate the general recoverability of attorney's fees and costs within this invoice, and is based on a preliminary review thereof. Where applicable, Servicer agrees to reduce (only as to recoverability), all or a portion of the invoiced fee to adhere to a jurisdictional safe harbor, as well as the Firm's allocation of each Attorney Fee based on said safe harbors. To the extent a jurisdiction places a total cap on fees in the aggregate, the designations made in this invoice only contemplate referrals that have been sent to the Firm. Due to the dynamic and uncertain nature of governmental and agency guidelines, and the nature of interpretation of laws, regulations, rules and guidelines in general, Firm cannot predict, represent or guarantee how any information or opinion provided will impact recoverability. Firm can make no representation as to how any particular court or governing body might interpret any applicable law, rule, policy or guideline as each jurisdiction may differ from state to state, district to district, circuit to circuit, or court to court.

Nothing contained herein shall be construed to reduce or relieve the Servicer from payment to Firm of all fees and costs billed, without regard to recoverability or reimbursement from borrower or other sources. There may be additional facts, circumstances or jurisdictional requirements which may alter the information contained herein as applied. Recoverability is subject to change based on the outcome of association litigation and order entered and the above-referenced factors.

| Invoice Date |
|---|
| 08/19/2026 |

PADGETT LAW GROUP
High-touch services for America's mortgage industry

| Invoice Number |
|---|
| [redacted] |

6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
850-422-2520 / 850-422-2567 fax / accounting@padgettlawgroup.com

Triad Financial Services, Inc.
c/o Scott Campbell
13901 Sutton Park Drive South
Suite 300
Jacksonville, FL 32224

RE: Triad Financial Services, Inc. Loan# [redacted]
vs. Page Nicole Lott
OURFILE [redacted]

Property Address: 125 Circle Drive Sumrall, MS 39482

Submitted via email to
attorneyinvoices@triadfs.com

BILLING SUMMARY:

| FEES | | |
|---|---|---|
| **DATE** | **FEE DESCRIPTION** | **AMOUNT** |
| 08/19/2026 | Plan Review & Negotiation (Recoverable) | $612.50 |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Fees This Invoice | $612.50 |
| Total Hourly Fees This Invoice | $0.00 |
| Total Costs This Invoice | $0.00 |
| Total Amount Due This Invoice | $612.50 |

The recoverability designation is only as to the borrower and does not contemplate reimbursement from an investor or third party. The loan documents as provided by client, state statutes, bankruptcy local rules, and confirmed plan, if applicable, may be used to designate the general recoverability of attorney's fees and costs within this invoice, and is based on a preliminary review thereof. Where applicable, Servicer agrees to reduce (only as to recoverability), all or a portion of the invoiced fee to adhere to a jurisdictional safe harbor, as well as the Firm's allocation of each Attorney Fee based on said safe harbors. To the extent a jurisdiction places a total cap on fees in the aggregate, the designations made in this invoice only contemplate referrals that have been sent to the Firm. Due to the dynamic and uncertain nature of governmental and agency guidelines, and the nature of interpretation of laws, regulations, rules and guidelines in general, Firm cannot predict, represent or guarantee how any information or opinion provided will impact recoverability. Firm can make no representation as to how any particular court or governing body might interpret any applicable law, rule, policy or guideline as each jurisdiction may differ from state to state, district to district, circuit to circuit, or court to court.

Nothing contained herein shall be construed to reduce or relieve the Servicer from payment to Firm of all fees and costs billed, without regard to recoverability or reimbursement from borrower or other sources. There may be additional facts, circumstances or jurisdictional requirements which may alter the information contained herein as applied. Recoverability is subject to change based on the outcome of association litigation and order entered and the above-referenced factors.