**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Page Nicole Lott, Debtor** **Case No. 26-50916-KMS**
**CHAPTER 13**

**OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES**

COMES NOW Debtor, by and through counsel, and file this Objection to Notice of Post-Petition Fees, Expenses, and Charges and would show onto the Court:

1. Triad Titling, LTD ("Mortgage Company") filed its Notice of Post-Petition Fees, Expenses, and Charges on or about November 3, 2026 in the amount of $500.00 and itemized as:
    a. 8/12/2026 Bankruptcy/Proof of Claim Fees $200.00
    b. 8/19/2026 Plan Review Fees $150.00
    c. 8/12/2026 410A Fee $150.00
2. That in the supporting documents, fees for 8/19/2026 are listed as "Plan Review and Negotiation" however, no objections were filed in the case and no negotiations occurred with debtor's counsel.
3. That said amounts are excessive.
4. That, the total fees requested should be reduced to $350.00.

Wherefore, Premises considered, Debtor prays that this Objection be received and filed, and this Honorable Court will enter its Order sustaining Debtor's Objection, and for such other, further and general relief to which the Debtor's may be entitled.

THIS the 4th day of November, 2026.

Respectfully submitted,
Page Nicole Lott

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Objection was forwarded on this 4th day of November 2026 to:

By first class mail, postage pre-paid:

Triad Financial Services, Inc.
13901 Sutton Park Dr. S
Ste 300
Jacksonville, FL 32224

Padgett Law Group
6267 Old Water Oak Rd, Ste 203
Tallahassee, FL 32312

By Electronic CM/ECF Notice:

Case Trustee

US Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>Page Nicole Lott | CASE NO: 26-50916<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/4/2026, I did cause a copy of the following documents, described below,

OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/4/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Page Nicole Lott

CASE NO: 26-50916

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/4/2026, a copy of the following documents, described below,

OBJECTON TO NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/4/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

TRIAD FINANCIAL SERVICES, INC.
13901 SUTTON PARK DR. S
STE 300
JACKSONVILLE FL 32224

FIRST CLASS

PADGETT LAW GROUP
6267 OLD WATER OAK RD, STE 203
TALLAHASSEE FL 32312