**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Page Nicole Lott, Debtor** **Case No. 26-50916-KMS**
**CHAPTER 13**

**ORDER**

THIS CAUSE having come on this date on the Debtor's Objection Notice of Post-Petition Fees, Expenses, and Charges (dk # _____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Notice of Post-Petition Fees, Expenses, and Charges is granted, and further, the fees shall be reduced to $350.00.

###END OF ORDER ###

Prepared by:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A. Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533