United States Bankruptcy Court
Southern District of Mississippi

In re: Page Nicole Lott
Debtor

Case No. 26-50916-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 2
Date Rcvd: Nov 03, 2026 Form ID: pdf012 Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Page Nicole Lott, 125 Circle Dr, Sumrall, MS 39482-4361 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| | + | Email/Text: bankruptcy@car-mart.com | Nov 03 2026 19:45:00 | America's Car-Mart Inc., 1805 N 2nd St Suite 401, Rogers, AR 72756-2423 |
| cr | + | Email/Text: bankruptcy@car-mart.com | Nov 03 2026 19:45:00 | Colonial Auto Finance, Attn Bankruptcy, 1805 N 2nd St Ste 401, Rogers, AR 72756-2423 |
| 5681595 | + | Email/Text: bankruptcy@car-mart.com | Nov 03 2026 19:45:00 | Colonial Auto, Attn: Bankruptcy, 1805 N 2nd St Ste 401, Rogers, AR 72756-2423 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

on behalf of Debtor Page Nicole Lott trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 3, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: PAGE NICOLE LOTT

DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 26-50916 KMS

DAVID RAWLINGS, TRUSTEE

**ORDER ON TRUSTEE'S**
**OBJECTION TO UNSECURED CLAIM**

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Objection to the Unsecured Claim (Court Claim No. 9) of AMERICA'S CAR-MART INC (Docket No. 30 ), and the Creditor having failed to respond, the Court finds that said Objection should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that said Claim is not allowed as an unsecured claim.

##END OF ORDER##

Submitted By:

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
(601) 582-5011
ecfNotices@rawlings13.net