United States Bankruptcy Court
Southern District of Mississippi

In re:
Page Nicole Lott
Debtor

Case No. 26-50916-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 1
Date Rcvd: Nov 05, 2026 | Form ID: hn001kms | Total Noticed: 3

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Page Nicole Lott, 125 Circle Dr, Sumrall, MS 39482-4361 |
| | | Lauren F. Weber, Padgett Law Group, 8267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312 |
| 5708480 | + | Triad Titling LTD, Triad Financial Services, Inc., 13901 Sutton Park Dr., South Suite 300, Jacksonville, FL 32224-0230 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Page Nicole Lott trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form hn001kms (Rev. 12/25)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**
**Page Nicole Lott**

**DEBTOR.**

**CASE NO. 26–50916–KMS**

**CHAPTER 13**

## NOTICE OF HEARING

Triad Titling LTD has filed a Notice of Postpetition Mortgage Fees, Expenses, and Charges (the "Notice") (Dkt. #32) with the Court in the above–styled case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on December 17, 2026, at 10:30 AM in the William M. Colmer Federal Building, Courtroom 2, 701 Main Street, Hattiesburg, Mississippi, to consider and act upon the Notice and the Objection filed by the Debtor (Dkt. #33).

If you filed a response, you or your attorney are required to attend the hearing. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. The hearing will be electronically recorded by the Court.

Dated: 11/5/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtoom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Page Nicole Lott, Debtor

Thomas Carl Rollins, Jr., Esq.

David Rawlings, Trustee

Triad Titling, LTD, Creditor

Lauren F. Weber, Padgett Law Group